UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE INDEMNITY COMPANY,<br>ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br>AND ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>       Plaintiffs,<br><br>vs.<br><br>DR. ELIEZER L. OFFENBACHER M.D. PLLC,<br>DR. OFFENBACHER MEDICAL IMAGING, PLLC,<br>HORIZON RADIOLOGY, P.C.,<br>ACCURATE MEDICAL DIAGNOSTIC SERVICES, P.C.,<br>ACCESS MEDICAL DIAGNOSTIC SOLUTIONS, P.C.,<br>ELIEZER L. OFFENBACHER, M.D.,<br>STEVE LOSIK, M.D.,<br>SIDDHARTH PRAKASH, M.D.,<br>TESLA IMAGING LEASING CORP.,<br>TESLA IMAGING CORP.,<br>BB & B MANAGEMENT CORP.,<br>ALBA MANAGEMENT, INC.,<br>ALBA IMAGING LEASING CORP.,<br>STAT IMAGING MANAGEMENT, LLC,<br>ALEXANDER BANK,<br>AND JASON PANDOLFINI,<br><br>       Defendants. | Civil Action No._____ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, and Allstate Fire & Casualty Insurance Company declare that they are wholly-owned indirect subsidiaries of the Allstate Corporation, a publicly-traded corporation. No publicly-held entity owns 10% or more of the stock of the Allstate Corporation. Allstate Corporation does not own 10% or more of any publicly-traded entity.

[SIGNATURE PAGE FOLLOWS]

1

SMITH & BRINK, P.C.

*/s/ Richard D. King, Jr.*

_____

Richard D. King, Jr. (RK8381)
rking@smithbrink.com
Nathan A. Tilden (NT0571)
ntilden@smithbrink.com
Shauna L. Sullivan (SS5624)
ssullivan@smithbrink.com
1325 Franklin Ave, Suite 320
Garden City, NY 11530
(347) 710-0050

Attorneys for the Plaintiffs,
*Allstate Insurance Company, Allstate Indemnity Company,*
*Allstate Property & Casualty Insurance Company, and Allstate*
*Fire and Casualty Insurance Company*

Dated: February 25, 2020