AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Allstate Insurance Company, et al. | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 21cv1013 |
| Dr. Eliezer L. Offenbacher M.D. PLLC, et al. | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See rider attached.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard D. King, Jr., Esq.
Smith & Brink, P.C.
1325 Franklin Ave., Suite 320
Garden City, NY 11530


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Douglas C. Palmer
*CLERK OF COURT*

Date:  02/25/2021

/s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 21cv1013

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE INDEMNITY COMPANY,<br>ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br>AND ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>      Plaintiffs,<br><br>vs.<br><br>DR. ELIEZER L. OFFENBACHER M.D. PLLC,<br>DR. OFFENBACHER MEDICAL IMAGING, PLLC,<br>HORIZON RADIOLOGY, P.C.,<br>ACCURATE MEDICAL DIAGNOSTIC SERVICES, P.C.,<br>ACCESS MEDICAL DIAGNOSTIC SOLUTIONS, P.C.,<br>ELIEZER L. OFFENBACHER, M.D.,<br>STEVE LOSIK, M.D.,<br>SIDDHARTH PRAKASH, M.D.,<br>TESLA IMAGING LEASING CORP.,<br>TESLA IMAGING CORP.,<br>BB & B MANAGEMENT CORP.,<br>ALBA MANAGEMENT, INC.,<br>ALBA IMAGING LEASING CORP.,<br>STAT IMAGING MANAGEMENT, LLC,<br>ALEXANDER BANK,<br>AND JASON PANDOLFINI,<br><br>      Defendants. | Civil Action No._____ |

## RIDER TO SUMMONS

1. Dr. Eliezer L. Offenbacher M.D. PLLC
   c/o New York Department of State
   1 Commerce Plaza
   99 Washington Avenue
   Albany, NY 12231

2. Dr. Offenbacher Medical Imaging, PLLC
   c/o New York Department of State
   1 Commerce Plaza
   99 Washington Avenue
   Albany, NY 12231

1

3. Horizon Radiology, P.C.
   c/o New York Department of State
   1 Commerce Plaza
   99 Washington Avenue
   Albany, NY 12231

4. Accurate Medical Diagnostic Services, P.C.
   c/o New York Department of State
   1 Commerce Plaza
   99 Washington Avenue
   Albany, NY 12231

5. Access Medical Diagnostic Solutions, P.C.
   c/o New York Department of State
   1 Commerce Plaza
   99 Washington Avenue
   Albany, NY 12231

6. Eliezer L. Offenbacher, M.D.
   19 Girard Street
   Brooklyn, NY 11235

7. Steve Losik, M.D.
   25 Walters Place
   Great Neck, NY 11023

8. Siddharth Prakash, M.D.
   95 Horatio Street, Apartment 704
   New York, NY 10014

9. Tesla Imaging Leasing Corp.
   c/o New York Department of State
   1 Commerce Plaza
   99 Washington Avenue
   Albany, NY 12231

10. Tesla Imaging Corp.
    c/o New York Department of State
    1 Commerce Plaza
    99 Washington Avenue
    Albany, NY 12231

11. BB & B Management Corp.
    c/o New York Department of State
    1 Commerce Plaza
    99 Washington Avenue
    Albany, NY 12231

12. Alba Management, Inc.
    c/o New York Department of State
    1 Commerce Plaza
    99 Washington Avenue
    Albany, NY 12231

13. Alba Imaging Leasing Corp.
    c/o New York Department of State
    1 Commerce Plaza
    99 Washington Avenue
    Albany, NY 12231

14. Stat Imaging Management, LLC
    c/o New York Department of State
    1 Commerce Plaza
    99 Washington Avenue
    Albany, NY 12231

15. Alexander Bank
    163 Four Corners Road
    Staten Island, NY 10304

16. Jason Pandolfini
    62 Hedgerow Lane
    Manalapan, NJ 07726