UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE INDEMNITY COMPANY,<br>ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br>AND ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>DR. ELIEZER L. OFFENBACHER M.D. PLLC,<br>DR. OFFENBACHER MEDICAL IMAGING, PLLC,<br>HORIZON RADIOLOGY, P.C.,<br>ACCURATE MEDICAL DIAGNOSTIC SERVICES, P.C.,<br>ACCESS MEDICAL DIAGNOSTIC SOLUTIONS, P.C.,<br>ELIEZER L. OFFENBACHER, M.D.,<br>STEVE LOSIK, M.D.,<br>SIDDHARTH PRAKASH, M.D.,<br>TESLA IMAGING LEASING CORP.,<br>TESLA IMAGING CORP.,<br>BB & B MANAGEMENT CORP.,<br>ALBA MANAGEMENT, INC.,<br>ALBA IMAGING LEASING CORP.,<br>STAT IMAGING MANAGEMENT, LLC,<br>ALEXANDER BANK,<br>AND JASON PANDOLFINI,<br><br>Defendants. | C.A. No.: 1:21-cv-01013-FB-CLP |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire and Casualty Insurance Company (collectively "Allstate") hereby dismiss Defendants, Alexander Bank, Tesla Imaging Leasing Corp., Tesla Imaging Corp., BB&B Management Corp., Alba Management, Inc., and Alba Leasing Corp. from Allstate's Complaint (ECF No. 1) with prejudice and without cost to any party. As there are no pending counter-claims or cross-claims there is no prejudice to any remaining party to this litigation.

1

        Respectfully Submitted,

        Plaintiffs,
*Allstate Insurance Company,*
*Allstate Property & Casualty Insurance Company,*
*Allstate Fire & Casualty Insurance Company, and*
*Allstate Indemnity Company,*

        By Their Attorneys:

*/s/ Hugh C.M. Brady, Esq.*
_____
Richard D. King, Jr. (RK8381)
rking@ktmpc.com
Nathan A. Tilden (NT0571)
ntilden@ktmpc.com
Shauna L. Sullivan (SS5624)
ssullivan@ktmpc.com
Hugh Brady (HB4724)
hbrady@ktmpc.com
1325 Franklin Ave, Suite 320
Garden City, NY 11530
Ph: (347) 710-0050

*/s/  Charles E. Kutner, Esq.*
_____
Charles E. Kutner, Esq.
Kutner Friedrich, LLP
950 Third Avenue 11th Floor
New York, NY 10022
ckutneresq@gmail.com

Counsel for Defendants,
*Tesla Imaging Leasing Corp.,*
*Tesla Imaging Corp., BB&B Management Corp.,*
*Alba Management, Inc., Alba Leasing Corp.,*
*and, Alexander Bank*

## CERTIFICATE OF SERVICE

I, Hugh C.M. Brady, hereby certify that on January 20, 2022, I caused to be served copies of **the Stipulation of Voluntary Dismissal of Allstate's Claims against Alexander Bank, Tesla Imaging Leasing Corp., Tesla Imaging Corp., BB&B Management Corp., Alba Management, Inc, and Alba Leasing Corp.** via U.S. First Class Mail (postage pre-paid) and/or electronic mail upon the following:

| | |
|---|---|
| Charles E. Kutner, Esq.<br>Kutner Friedrich, LLP<br>950 Third Avenue 11th Floor<br>New York, NY 10022<br>ckutneresq@gmail.com<br><br>Counsel for Defendants,<br>*Tesla Imaging Leasing Corp., Tesla Imaging Corp., BB&B Management Corp., Alba Management, Inc., Alba Leasing Corp., and Alexander Bank* | David S. Dender, Esq.<br>Michael A. Zimmerman, Esq.<br>Zimmerman Law, P.C.<br>315 Walt Whitman Road, Suite 215<br>Huntington Station, NY 11746<br>Plainview, NY 11803<br>pi@zimmlaw.com;<br>michael@zimmlaw.com<br>david@zimmlaw.com<br><br>Counsel for Defendants,<br>*Dr. Eliezer L. Offenbacher M.D. PLLC, Dr. Offenbacher Medical Imaging, PLLC, and Eliezer L. Offenbacher, M.D.* |

Date: January 20, 2022

*/s/ Hugh C.M. Brady, Esq.*
Hugh C.M. Brady, Esq.
Attorney for Allstate